IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GGNSC SCHUYLER, LLC,

        Plaintiff,

vs.

ROBERT BENSON, Husband; and BETTY BENSON, Wife;

        Defendants.

4:14CV3008

**ORDER**

After conferring with counsel,

IT IS ORDERED:

1)     The court's scheduling order, (Filing No. 10), is set aside.

2)     This case is stayed for 90 days pending the parties' anticipated mediation.

3)     On or before June 23, 2014:

    a.     If this case is settled, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, or

    b.     In the absence of a settlement, the defendants shall file their brief in opposition to the plaintiff's application for an order compelling arbitration.

March 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge