IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GGNSC SCHUYLER, LLC, d/b/a GOLDEN LIVING CENTER-SCHUYLER, | ) ) ) | 4:14CV3008 |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| ROBERT BENSON and BETTY BENSON, Husband and Wife, | ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that filing 13, treated as a motion filed by Plaintiff[1] pursuant to Fed. R. Civ. P. 41(a), is granted, and this action is dismissed with prejudice.

    DATED this 17th day of June, 2014.

                            BY THE COURT:

                            s/ Richard G. Kopf
                            Senior United States District Judge

---

[1] Although designated as a "joint stipulation," the filing is not signed by Defendant.